AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| TRILLIANT SURGICAL, LLC<br><br>*Plaintiff(s)*<br>v.<br>NICHOLAS RICCIONE<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-CV-00457MN<br>)<br>)<br>)<br>)<br>) |

## ALIAS SUMMONS IN CIVIL ACTION

To: *(Defendant's name and address)* NICHOLAS RICCIONE
9012 Dulcietto Ct.
Boca Raton, FL 33496

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
John P. DiTomo
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:   04/22/2025

*CLERK OF COURT*

/s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-00457MN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# RETURN OF SERVICE
UNITED STATES DISTRICT COURT
District of Delaware

Case Number: 1:25-CV-00457MN

**Plaintiff: Trilliant Surgical, LLC**
vs.
**Defendant: Nicholas Riccione**



For:
John P. DiTomo
Morris, Nichols, Arsht & Tunnell Llp
1201 North Market Street
Wilmington, DE 19801

Received by Pennie Atwell on the 22nd day of April, 2025 at 1:29 pm to be served on **Nicholas Riccione, 9012 Dulcietto Ct., Boca Raton, FL 33496**.

I, Pennie Atwell, do hereby affirm that on the **23rd day of April, 2025** at **1:50 pm**, I:

**INDIVIDUALLY** served by delivering a true copy of the **ALIAS SUMMONS; FIRST AMENDED COMPLAINT; EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Nicholas Riccione** at the address of: **9012 Dulcietto Ct., Boca Raton, FL 33496**, and informed said person of the contents therein, in compliance with Florida Statute 48.031.

**Military Status:** Based upon inquiry of party served, the subject is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Additional Information pertaining to this Service:**
On 4/23/25 @ 1:37 pm, Attempted service at 9012 Dulcietto Ct., Boca Raton, FL 33496. No answer at ring doorbell. Cadillac Escalade in driveway. Home dark inside. Cameras around home. I left a calling card.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Caucasian, Height: 5'9", Weight: 180, Hair: Bald, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Pennie Atwell
CPS#931

Civil Action Group, Ltd.
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122
(800) 328-7171

Our Job Serial Number: MLS-2025001588
Ref: 169701-0001

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a